```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 12-05781-JJT
Claphille A. Talbot                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: CGambini    Page 1 of 1    Date Rcvd: Nov 01, 2016
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
4597998    +Wilmington Savings Fund Society, FSB,    P.O. Box 55004,    Irvine, CA 92619-2708,
        Wilmington Savings Fund Society, FSB,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
      Jerome B Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
      John M. Murphy    on behalf of Creditor    NE PA Community Federal Credit Union jmurphy@corp-law.net
      Joseph P Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
      Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Mark E Morrison    on behalf of Creditor    Internal Revenue Service
       USAPAM.Bankr-WilkesBarre@usdoj.gov
      Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
      Robert W Cusick    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
       Christiana Trust, not in its individual capacity but solely as trustee for BCAT 2014-4TT
       rcusick@squirelaw.com,   lcolwell@squirelaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vincent Rubino    on behalf of Debtor Claphille A. Talbot
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
       williams.com;eapotito@hotmail.com
                                                                      TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:12-bk-05781-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Claphille A. Talbot
5126 Seneca Way
Tobyhanna PA 18466

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Wilmington Savings Fund Society, FSB, P.O. Box 55004, Irvine, CA 92619-2708, Wilmington Savings Fund Society, FSB, P.O. Box 55004, Irvine, CA 92619-2708 | Wilmington Savings Fund Society, FSB<br>BCAT2014-4TT<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603<br>Wilmington Savings Fund Society, FSB |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/03/16

Terrence S. Miller
**CLERK OF THE COURT**