**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

June 8, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      Re:    Claphille Talbot
             Case No. 12-05781

Dear Clerk:

    We have been informed by our client, Claphille Talbot, that she has a new address, as follows:

        2001 Jefferson Street
        Chesapeake, VA 23324

    Please correct the docket and mailing matrix accordingly.  Thank you.

                            Very truly yours,

                            */s/ Vincent Rubino*

                            Vincent Rubino

\#