```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania

In re:                                                    Case No. 12-05781-JJT
Claphille A. Talbot                                       Chapter 13
          Debtor
                            CERTIFICATE OF NOTICE

District/off: 0314-5         User: CGambini          Page 1 of 2          Date Rcvd: Nov 28, 2017
                             Form ID: 3180W          Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.

```
db             +Claphille A. Talbot,    2001 Jefferson Street,    Chesapeake, VA 23324-3345
cr             #+NE PA Community Federal Credit Union,   c/o Nogi, Appleton, Weinberger & Wren PC,
                Attn: John Murphy,    415 Wyoming Avenue,    Scranton, PA 18503-1227
cr             +Wilmington Savings Fund Society, FSB, doing busine,    P.O. Box 55004,    Irvine, CA 92619-5004
4192078        +Bank of America,    CA6-919-01-41,   PO Box 941852,    Simi Valley, CA 93094-1852
4192082        +Bureau of Individual Taxes,    PO Box 280431,    Harrisburg, PA 17128-0431
4192083        +Dept of the Treasury,    Internal Revenue Service,    PO Box 9006 Stop 663,
                Holtsville, NY 11742-9006
4192086        +Gratz Washenik Tax Coll,    Coolbaugh Twp Mun Ctr,    5550 Municipal Drive,
                Tobyhanna, PA 18466-7714
4192094        +NEPA Community FCU,    337 Clay Avenue,    Stroudsburg, PA 18360-1288
4192095        +NEPA Community FCU,    Visa Customer Service,    PO Box 30495,    Tampa, FL 33630-3495
4192096        +++NEPA FCU,    337 CLAY AVE,    STROUDSBURG PA  18360-1288
                (address filed with court: NEPA FCU,    935 Clay Street,    Stroudsburg, PA 18360)
4192098        +PA Dept of Revenue,    Bureau of Collections,    PO Box 281041,    Harrisburg, PA 17128-1041
4192100        +PPL Electric,    827 Hausman Road,    Allentown, PA 18104-9392
4192099         Pocono Farms Association,    7000 Lake Road,    Tobyhanna, PA 18466
4217950         Pocono Farms Country,    Club Association, Inc.,    7000 Lake Rd.,    Tobyhanna, PA  18466
4850574        +Wilmington Savings Fund Society, FSB,    BCAT2014-4TT,   c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC 29603-0826
4850575        +Wilmington Savings Fund Society, FSB,    BCAT2014-4TT,   c/o Shellpoint Mortgage Servicing,
                PO Box 10826,    Greenville, SC  29603,    Wilmington Savings Fund Society, FSB 29603-0826
4597997        +Wilmington Savings Fund Society, FSB,    P.O. Box 55004,    Irvine, CA 92619-5004
4597998        +Wilmington Savings Fund Society, FSB,    P.O. Box 55004,    Irvine, CA 92619-2708,
                Wilmington Savings Fund Society, FSB,   P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              EDI: IRS.COM Nov 28 2017 19:03:00      Internal Revenue Service,    Office of Division Counsel,
                1001 Liberty Avenue, Suite 601C,    Pittsburgh, PA  15222
4192077        +EDI: AMEREXPR.COM Nov 28 2017 19:03:00      American Express,    PO Box 981535,
                El Paso, TX 79998-1535
4192080        +EDI: BANKAMER.COM Nov 28 2017 19:03:00      Bank of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
4234299        +EDI: BANKAMER.COM Nov 28 2017 19:03:00      Bank of America, N.A.,    7105 Corporate Drive,
                Plano, TX 75024-4100
4217691         EDI: RMSC.COM Nov 28 2017 19:03:00      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4192085        +EDI: RMSC.COM Nov 28 2017 19:03:00      GECRB/WalMart,    PO Box 981400,    El Paso, TX 79998-1400
4192093        +E-mail/Text: MKnitter@monroecountypa.gov Nov 28 2017 19:00:48
                Monroe County Tax Claim Bureau,    One Quaker Plaza Rm 104,    Stroudsburg, PA 18360-2141
4192097         EDI: RMSC.COM Nov 28 2017 19:03:00      Old Navy,    200 Old Navy Lane,    Grove City, OH 43123
4203167         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 19:00:41
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
4214799         EDI: Q3G.COM Nov 28 2017 19:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
4192102        +EDI: WFNNB.COM Nov 28 2017 19:03:00      WFNNB/Fashion Bug,    PO Box 659728,
                San Antonio, TX 78265-9728
4201381         EDI: WFFC.COM Nov 28 2017 19:03:00      Wells Fargo Bank N. A. dba Wells Fargo Dealer Serv,
                P O Box 19657,    Irvine, CA  92623-9657
4192101        +EDI: WFFC.COM Nov 28 2017 19:03:00      Wells Fargo Dealer Svcs,    Correspondence MACT9017026,
                PO Box 168048,    Irving, TX 75016-8048
                                                                                            TOTAL: 13
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shellpoint Mortgage Servicing
4192081*       +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
4192079*       +Bank of America,    CA6-919-01-41,   PO Box 941852,    Simi Valley, CA 93094-1852
4192084*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Dept of Treasury,    Internal Revenue Svc,    Cincinnati, OH 45999)
4192087*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Brookhaven Appeals,
                1040 Waverly Ave Stop 906,    Holtsville, NY 11742)
4192088*        IRS Central Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
4192089*        IRS Central Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
4192090*        IRS Central Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
4192091*        IRS Central Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
4192092*        IRS Central Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                          TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Danielle Boyle-Ebersole   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing
           business as Christiana Trust, not in its individual capacity but solely as trustee for BCAT
           2014-4TT debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          Jerome B Blank   on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
          John M. Murphy   on behalf of Creditor   NE PA Community Federal Credit Union jmurphy@corp-law.net
          Joseph P Schalk   on behalf of Creditor   BANK OF AMERICA, N.A. jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Mark E Morrison   on behalf of Creditor   Internal Revenue Service
           USAPAM.Bankr-WilkesBarre@usdoj.gov
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Robert W Cusick   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity but solely as trustee for BCAT 2014-4TT
           rcusick@squirelaw.com,  lcolwell@squirelaw.com
          Thomas I Puleo   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Debtor 1 Claphille A. Talbot
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                        TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Claphille A. Talbot** | Social Security number or ITIN **xxx–xx–7238** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number:  **5:12–bk–05781–JJT** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Claphille A. Talbot
aka Claphille Alethea Talbot, aka Claphille Talbot

**By the court:**

November 28, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W

**Chapter 13 Discharge**

page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**