```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 12-05781-JJT
Claphille A. Talbot                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: CGambini    Page 1 of 1       Date Rcvd: Jan 17, 2018
                        Form ID: fnldec   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db          +Claphille A. Talbot,   2001 Jefferson Street,   Chesapeake, VA 23324-3345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing
               business as Christiana Trust, not in its individual capacity but solely as trustee for BCAT
               2014-4TT debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Jerome B Blank    on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
              John M. Murphy    on behalf of Creditor   NE PA Community Federal Credit Union jmurphy@corp-law.net
              Joseph P Schalk    on behalf of Creditor   BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Joshua I Goldman    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark E Morrison    on behalf of Creditor   Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Robert W Cusick    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity but solely as trustee for BCAT 2014-4TT
               rcusick@squirelaw.com, lcolwell@squirelaw.com
              Thomas I Puleo    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Claphille A. Talbot
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Claphille A. Talbot<br>aka Claphille Alethea Talbot, aka Claphille Talbot<br>2001 Jefferson Street<br>Chesapeake, VA 23324 | Chapter 13<br>Case No. 5:12−bk−05781−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7238

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 17, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk